| United States Bankruptcy Court<br>Central District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Petersen Law Firm, a Law Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):<br>**0148-3062272** | Last four digits of Soc. Sec. or Indivdual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**3334 EAST COAST HIGHWAY, # 447**<br>**CORONA DEL MAR,CA**<br>ZIP CODE   **92625** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**ORANGE** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**3334 East Coast Highway, #447**
**Corona Del Mar, CA**                          ZIP CODE     **92625**

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7     ☑ Chapter 11     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9     ☐ Chapter 12     ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| **Tax-Exempt Entity**<br>(Check box, if applicable) | **Nature of Debts**<br>(Check one box) |
|---|---|
| ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☑ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                    THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Form B1 (Official Form 1)(1/08) | | |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>**Petersen Law Firm, a Law Corporation** | **FORM B1,** Page 2 |

| **Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**  **Not Applicable**<br>_____<br>Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** | **Exhibit D** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br><br>☑   No | (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Form B1 (Official Form 1) (1/08) | | FORM B1, Page 3 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>**Petersen Law Firm, a Law Corporation** | |

## Signatures

<table>
<tr>
<td>

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Debtor

X **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

</td>
<td>

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

</td>
</tr>
<tr>
<td>

**Signature of Attorney**

X **/s Daniel I. Barness**
_____
Signature of Attorney for Debtor(s)

**Daniel I. Barness**
_____
Printed Name of Attorney for Debtor(s)

**Barness & Barness LLP**
_____
Firm Name

**11377 W. Olympic Blvd., 2nd Floor Los Angeles, CA 90064**
_____
Address

**(310) 235-2463**      **(310) 235-2496**
_____
Telephone Number

**6/2/2011**      **104203**
_____
Date      Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td rowspan="2">

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**
_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Gregory G. Petersen**
_____
Signature of Authorized Individual

**Gregory G. Petersen**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

**6/2/2011**
_____
Date

</td>
</tr>
</table>

Form B4 (Official Form 4) - (12/07)                                                          2007 USBC, Central District of California

|  |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** |

| In re:  **Petersen Law Firm, a Law Corporation** | CHAPTER:  **11** |
|---|---|
| Debtor(s). | CASE NO.: |

## Form 4.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **ANJANA R. GUPTA & RAMON TRUJILLO**<br>**PO BOX 5581**<br>**ORANGE, CA 92863** | | | **DISPUTED**<br>**SUBJECT TO SETOFF** | **$486,482.00** |
| **CISCO, INC.**<br>**1702 TOWNHURST DR.**<br>**HOUSTON, TX 77043** | | | **DISPUTED** | **$156,229.46** |
| **RUSSELL J. THOMAS**<br>**4121 WESTERLY PLACE, STE. 101**<br>**NEWPORT BEACH, CA 92660** | | | **DISPUTED**<br>**SUBJECT TO SETOFF** | **$129,632.00** |
| **FRANCHISE TAX BOARD**<br>**BANRKUPTCY SECTION, MS: A-340**<br>**PO BOX 2952**<br>**SACRAMENTO, CA 95812-2952** | | | **DISPUTED** | **$109,799.00** |
| **AMERICAN EXPRESS BANK, FSB**<br>**C/O LINA MICHAEL**<br>**MICHAEL & ASSOC.**<br>**555 ST. CHARLES DR. STE. 100**<br>**THOUSAND OAKS, CA  91360** | | | **CONTINGENT**<br>**DISPUTED** | **$42,793.10** |
| **FRANCHISE TAX BOARD**<br>**BANRKUPTCY SECTION, MS: A-340**<br>**PO BOX 2952**<br>**SACRAMENTO, CA 95812-2952** | | | **DISPUTED** | **$33,271.00** |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Daniel I. Barness**<br>**Barness & Barness LLP**<br>**11377 W. Olympic Blvd., 2nd Floor**<br>**Los Angeles, CA 90064**<br>Phone: **(310) 235-2463**     Fax:  **(310) 235-2496**<br>California State Bar Number: **104203**<br>☐  Attorney for: | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**PETERSEN LAW FIRM, A LAW CORPORATION**<br><br>Debtor. | CASE NO.:<br>CHAPTER:   **11**<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☑  Petition, statement of affairs, schedules or lists        Date Filed: _____

☐  Amendments to petition, statement of affairs, schedules or lists        Date Filed: _____

☐  Other: _____        Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

_____        Date  **6/1/11**
*Signature of Authorized Signatory of Filing Party*

**Gregory G. Petersen**
*Printed Name of Authorized Signatory of Filing Party*

**President**
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

_Signature of Attorney for Filing Party_

6/1/2011

Date

**Daniel I. Barness**

_Printed Name of Attorney for Filing Party_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

_November 2006_

Form B4 (Official Form 4) - Continued (12/07)                                                    2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT |
| CENTRAL DISTRICT OF CALIFORNIA |

In re:  **Petersen Law Firm, a Law Corporation**

Debtor(s).

CHAPTER:  **11**

CASE NO.:

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **INTERNAL REVENUE SERVICE**<br>**PO BOX 7346**<br>**PHILADELPHIA,PA 19101-7346** | | | **DISPUTED** | **$30,503.04** |
| **INTERNAL REVENUE SERVICE**<br>**PO BOX 7346**<br>**PHILADELPHIA,PA 19101-7346** | | | **DISPUTED** | **$29,264.07** |
| **SMITH DICKSON**<br>**18100 VON KARMAN AVE., STE. 420**<br>**IRVINE, CA 92612** | | | **DISPUTED** | **$22,393.61** |
| **INTERNAL REVENUE SERVICE**<br>**PO BOX 7346**<br>**PHILADELPHIA,PA 19101-7346** | | | **DISPUTED** | **$22,119.35** |
| **AMERICAN EXPRESS  CENTURION BANK**<br>**C/O ZWICKER & ASSOC.,**<br>**RAYMOND L. LE**<br>**199 S. LOS ROBLES AVE., STE. 410**<br>**PASADENA, CA 91101** | | | **DISPUTED**<br>**SUBJECT TO SETOFF** | **$19,556.53** |
| **BLUE SHIELD OF CALIFORNIA**<br>**PO BOX 3008**<br>**LODI, CA 95241-3008** | | | **DISPUTED** | **$17,586.00** |

Form B4 (Official Form 4) -  Continued (12/07)                                          2007 USBC, Central District of California

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| **CENTRAL DISTRICT OF CALIFORNIA** | |

In re:  **Petersen Law Firm, a Law Corporation**

Debtor(s).

CHAPTER:   **11**

CASE NO.:

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| **CITIBANK C/O HUNT & HENRIQUES 23141 MOULTON PARKWAY, 2ND FL LAGUNA HILLS, CA 92653** | | | DISPUTED | $10,363.73 |
| **SEDGWICK, DETERT, MORAN & ARNOLD LL 135 MAIN ST., 14TH FL. SAN FFRANCISCO,  CA  94105** | | | DISPUTED | $7,537.50 |
| **FORMUZIS PICKERSGILL & HUNT, INC. 200 E. 4TH STREET, STE. 200 SANTA ANA, CA 92705`** | | | DISPUTED | $5,427.91 |
| **GREENWALD & HOFFMAN, LLP 1851 E. FIRST STREET, STE 860 SANTA ANA, CA 92705-4039** | | | DISPUTED | $4,939.49 |
| **KELLIE M.DELANEY C/O LAW OFFICES OF ERIC. D.MORTON 3156 VISTA WAY, STE. 200 OCEANSIDE, CA 92056** | | | DISPUTED SUBJECT TO SETOFF | $4,596.00 |
| **US LEGAL SUPPORT, NC c/o SCOTT & GOLDMAN 590 W. CROSSVILLE RD., STE. 104** | | | DISPUTED | $4,563.11 |

Form B4 (Official Form 4) - Continued (12/07)                                        2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT |
| CENTRAL DISTRICT OF CALIFORNIA |

In re:   **Petersen Law Firm, a Law Corporation**

Debtor(s).

CHAPTER:   **11**

CASE NO.:

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, gov-ernment contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **CALIFORNIA REALTY SERVICES, CORP.**<br>**SEVEN CORPORATE PLAZA**<br>**NEWPORT BEACH, CA 92660** | | | DISPUTED | $3,022.17 |
| **XO COMMUNICATIONS**<br>**8851 SANDY PKWY**<br>**SANDY, UT 84070** | | | DISPUTED | $2,679.68 |

## Declaration Under Penalty of Perjury
## on Behalf of a Corporation or Partnership

I, Gregory G. Petersen President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **6/2/2011**

**s/ Gregory G. Petersen**
**Gregory G. Petersen ,President**
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Petersen Law Firm, a Law Corporatio
3334 EAST COAST HIGHWAY, # 447
CORONA DEL MAR,CA 92625

Daniel I. Barness
Barness & Barness LLP
11377 W. Olympic Blvd., 2nd Floor
Los Angeles, CA 90064

UNITED STATES TRUSTEE
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-4593

AMERICAN EXPRESS BANK, FSB
C/O LINA MICHAEL
MICHAEL & ASSOC.
555 ST. CHARLES DR. STE. 100
THOUSAND OAKS, CA  91360

AMERICAN EXPRESS  CENTURION BANK
C/O ZWICKER & ASSOC., RAYMOND L. LE
199 S. LOS ROBLES AVE., STE. 410
PASADENA, CA 91101

ANJANA R. GUPTA & RAMON TRUJILLO
PO BOX 5581
ORANGE, CA 92863

ATKINSON-BAKER, INC
500 NORTH BRAND BOULEVARD
THIRD FLOOR
GLENDALE, CA 91203-4725

BLUE SHIELD OF CALIFORNIA
PO BOX 3008
LODI, CA 95241-3008

BMW FINANCIAL SERVICES
C/O JP MORGAN CHASE
1820 E. SKY HARBOR CIRCLE S
PHOENIX, AZ 85034

CALIFORNIA EMPLOYMENT DEV DEPT
PO BOX 826880 MIC 92T
SACRAMENTO,CA94280-001

CALIFORNIA REALTY SERVICES, CORP.
SEVEN CORPORATE PLAZA
NEWPORT BEACH, CA 92660

CHULA VISTA POLICE OFFICERS ASSN
C/O MICHAEL A. CONGER, ESQ.
16236 SAN DIEGUITOROD, STE. 4-14
RANCHO SANTA FE, CA 92067

CISCO, INC.
1702 TOWNHURST DR.
HOUSTON, TX 77043

CITIBANK C/O HUNT & HENRIQUES
23141 MOULTON PARKWAY, 2ND FL
LAGUNA HILLS, CA 92653

DR. JAMES R.STUART
1082 W.ALDER STREET
LOUISVILLE, CO 80027-1046

CP DOCUMENT TECHNOLOGIES, LLC
PO BOX 71349
LOS  ANGELES, CA 90071

DOOR TO DOOR STORAGE
6718 SOUTH 216TH ST.
KENT, WA 98032

FORMUZIS PICKERSGILL & HUNT, INC.
200 E. 4TH STREET, STE. 200
SANTA ANA, CA 92705`

FRANCHISE TAX BOARD
BANRKUPTCY SECTION, MS: A-340
PO BOX 2952
SACRAMENTO, CA 95812-2952

GARY E. JUBBER, TRUSTEE
C/O FABIAN & CLENDENIN
215 SOUTH STATE STREET, STE. 1200
SALT LAKE CITY,UT 84111-2323

GEORGE D.FRENCH
1825 NIMITZ DR.
DEPERE, WI 54301

GREENWALD & HOFFMAN, LLP
1851 E. FIRST STREET, STE 860
SANTA ANA, CA 92705-4039

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA,PA 19101-7346

JAMES W. BATES, ESQ.
2418 HONOLULUAVE., STE. J
MONTROSE, CA 91020

JEFF LEONARD
24000 ALICIA PARKWAY, STE
PMB # 351
MISSION VIEJO, CA 92691

JEFF LEONARD
24132 EL TIRADORE CIRCLE
MISSION VIEJO, CA 92691

JOHN LEHMAN & ASSOC
5 ROBIN COURT
PASO ROBLES, CA 93447

JULIE A. AULT, ESQ.
7 CORPORATE PLAZA
NEWPORTBEACH, CA 92660

KELLIE M.DELANEY
C/O LAW OFFICES OF ERIC. D.MORTON
3156 VISTA WAY, STE. 200
OCEANSIDE, CA 92056

KURT RESSLER C/O DAVID J. HARTER
13681 NEWPORT AVE., STE. 8-608
TUSTIN, CA 162426

MARTIN J. GREENBAUM, ESQ.
GREENBAUM LAW GROUP LLP
840 NEWPORT CENTER DR.
NEWPORT BEACH, CA 92660

RICHARD C. BUSCH
1458 OCEAN SHORE BLVD., #135
ORMOND BEACH, FL 32176

RUSSELL J. THOMAS
4121 WESTERLY PLACE, STE. 101
NEWPORT BEACH, CA 92660

SARNOFF COURT REPORTERS
20 CORPORATE PARK, SUITE 350
IRVINE, CA 92606

SEDGWICK, DETERT, MORAN & ARNOLD LL
135 MAIN ST., 14TH FL.
SAN FFRANCISCO,  CA  94105

SMITH DICKSON
18100 VON KARMAN AVE., STE. 420
IRVINE, CA 92612

SOUTHERN CALIFORNIA EDISON
PO BOX 300
ROSEMEAD, CA 91772-0001

STEPHENEY R. WINDSOR
3027 LUANA DR.
OCEANSIDE, CA 92056

STEVEN W. DOUGHTERY
ANDERSON & KARENBERG
50 W. BROADWAY, STE. 700
SALT LAKE CITY, UT 84101

TERRENCE MAZURA and
GARY SHOFNER
MAZURA LAW FIRM
414 W.4TH ST., 2ND FL
SANTA ANA, CA 92701

TIMEMACHINE NETWORK
PO BOX 861057
LOS ANGELES, CA 90086-1057

US LEGAL SUPPORT, NC
c/o SCOTT & GOLDMAN
590 W. CROSSVILLE RD., STE. 104

XO COMMUNICATIONS
8851 SANDY PKWY
SANDY, UT 84070

Form B6D - (12/07)                                                                      2007 USBC, Central District of California

| In re | **Petersen Law Firm, a Law Corporation** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **DOOR TO DOOR STORAGE 6718 SOUTH 216TH ST. KENT, WA 98032** **JEFF LEONARD 24132 EL TIRADORE CIRCLE MISSION VIEJO, CA 92691** | | | Value **$0.00** | | | | **0.00** | **0.00** |
| Last four digits of ACCOUNT NO. **JEFF LEONARD 24000 ALICIA PARKWAY, STE. 17 PMB # 351 MISSION VIEJO, CA 92691** | | | **ACCOUNTS RECEIVABLE, ARISING FROM ATTORNEY'S FEES; SETTLEMENTS; JUDGEMENTS; AWARDS, CLIENT PAYMENTS OR OTHER RECEIPTS** Value **$4,900,000.00** | | | | **166,000.00** | **0.00** |

<u>0</u> continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) ➤ | **$ 166,000.00** | **$ 0.00** |
| Total (Use only on last page) ➤ | **$ 166,000.00** | **$ 0.00** |
| | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Form B6E- (Rev. 04/10)                                                                    2010 USBC, Central District of California

| In re | Petersen Law Firm, a Law Corporation | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations:** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals:** Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units:** Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated:** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>1</u>  **continuation sheets attached**

Form B6E- (Rev. 04/10)                                                2010 USBC, Central District of California

| In re | Petersen Law Firm, a Law Corporation | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units
### Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>CALIFORNIA EMPLOYMENT DEV DEPT<br>PO BOX 826880 MIC 92T<br>SACRAMENTO,CA94280-001 | | | 12/31/2010<br>EMP TAXES/UNENP INS | | | X | 2,000.00 | 2,000.00 | $0.00 |
| Last four digits of ACCOUNT NO.<br>FRANCHISE TAX BOARD<br>BANRKUPTCY SECTION, MS: A-340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | | CALIFORNIA INCOME TAX LIABILITY  2007 - ASSESSED 4/21/10 | | | X | 109,799.00 | 109,799.00 | $0.00 |
| Last four digits of ACCOUNT NO.<br>FRANCHISE TAX BOARD<br>BANRKUPTCY SECTION, MS: A-340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | | CALIFORNIA INCOME TAX LIABILITY  2006 - ASSESSED 4/21/10 | | | X | 33,271.00 | 33,271.00 | $0.00 |
| Last four digits of ACCOUNT NO.<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA,PA 19101-7346 | | | FEDERAL - FORM 941 TAX 6/30/2010 | | | X | 22,119.35 | 22,119.35 | $0.00 |
| Last four digits of ACCOUNT NO.<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA,PA 19101-7346 | | | 6/30/2010<br>FORM 941 FED TAXES 3/31/2010 | | | X | 29,264.07 | 29,264.07 | $0.00 |
| Last four digits of ACCOUNT NO.<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA,PA 19101-7346 | | | 3/31/2010<br>FORM 941 FED TAXES - 12/31/2009 | | | X | 30,503.04 | 30,503.04 | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page)   $ 226,956.46   $ 226,956.46   $ 0.00

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ 226,956.46

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )   $ 226,956.46   $ 0.00

STATEMENT OF RELATED CASES
**INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Newport Coast**                              , California.  **s/ Gregory G. Petersen**
                                                                                          Debtor

Dated  **6/2/2011**

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                         **F 1015-2.1**

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | Petersen Law Firm, a Law Corporation | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | J | | | | | 0.00 |
| Last four digits of ACCOUNT NO. AMERICAN EXPRESS BANK, FSB C/O LINA MICHAEL MICHAEL & ASSOC. 555 ST. CHARLES DR. STE. 100 THOUSAND OAKS, CA 91360 | | J | AMERICAN EXPRESS CARD - COMPLAINT FILE 9/11/2009 | X | | X | 42,793.10 |
| Last four digits of ACCOUNT NO. AMERICAN EXPRESS CENTURION BANK C/O ZWICKER & ASSOC., RAYMOND L. LE 199 S. LOS ROBLES AVE., STE. 410 PASADENA, CA 91101 | | J | Setoff | | | X | 19,556.53 |
| Last four digits of ACCOUNT NO. ANJANA R. GUPTA & RAMON TRUJILLO PO BOX 5581 ORANGE, CA 92863 | C | | 03/02/2011    Setoff LAWSUIIT ARISING OUT OF INDEPENDENT CONTRACTOR ARRAGEMENT | | | X | 486,482.00 |
| Last four digits of ACCOUNT NO. ATKINSON-BAKER, INC 500 NORTH BRAND BOULEVARD THIRD FLOOR GLENDALE, CA 91203-4725 | | | COURT REPORTING SERVICES | | | X | 2,499.00 |

6    Continuation sheets attached

Subtotal ➤   $   551,330.63

Total ➤   $

(Use only on last page of the completed Schedule F.
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                                    2007 USBC, Central District of California

| In re | Petersen Law Firm, a Law Corporation | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _____ BLUE SHIELD OF CALIFORNIA PO BOX 3008 LODI, CA 95241-3008 | | | HEALTH INSURANCE PROVIDER | | | X | 17,586.00 |
| Last four digits of ACCOUNT NO. _____ BMW FINANCIAL SERVICES C/O JP MORGAN CHASE 1820 E. SKY HARBOR CIRCLE S PHOENIX, AZ 85034 | | J | AUTO LEASE | X | | X | 0.00 |
| Last four digits of ACCOUNT NO. _____ CALIFORNIA REALTY SERVICES, CORP. SEVEN CORPORATE PLAZA NEWPORT BEACH, CA 92660    JULIE A. AULT, ESQ. 7 CORPORATE PLAZA NEWPORTBEACH, CA 92660 | | | RENT - 3100 AIRWAY AVENUE, SUITE 109, COSTA MESA, CA 92626 | | | X | 3,022.17 |
| Last four digits of ACCOUNT NO. _____ CHULA VISTA POLICE OFFICERS ASSN C/O MICHAEL A. CONGER, ESQ. 16236 SAN DIEGUITOROD, STE. 4-14 RANCHO SANTA FE, CA 92067 | | J | Setoff CLAIM FOR PROFESSIONAL NEGLIGENCE IN CLASS ACTION MATTER HANDLED BY JACKSON DEMARCO, TIDUS & PECKENPAUGH | X | | | 0.00 |
| Last four digits of ACCOUNT NO. _____ CISCO, INC. 1702 TOWNHURST DR. HOUSTON, TX 77043 | | | TECHNOLOGY SERVICES | | | X | 156,229.46 |

Sheet no. _1_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  176,837.63

Total ➤  $

(Use only on last page of the completed Schedule F.
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                    2007 USBC, Central District of California

| In re | Petersen Law Firm, a Law Corporation | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _____ **CITIBANK C/O HUNT & HENRIQUES 23141 MOULTON PARKWAY, 2ND FL LAGUNA HILLS, CA 92653** | J | | | | | X | **10,363.73** |
| Last four digits of ACCOUNT NO. _____ **CP DOCUMENT TECHNOLOGIES, LLC PO BOX 71349 LOS ANGELES, CA 90071** | | | **INV # 110080310** | | | | **226.49** |
| Last four digits of ACCOUNT NO. _____ **DR. JAMES R.STUART 1082 W.ALDER STREET LOUISVILLE, CO 80027-1046** | | | **IOSTAR BANKRUPTCY** | | | | **0.00** |
| Last four digits of ACCOUNT NO. _____ **FORMUZIS PICKERSGILL & HUNT, INC. 200 E. 4TH STREET, STE. 200 SANTA ANA, CA 92705`** **JAMES W. BATES, ESQ. 2418 HONOLULUAVE., STE. J MONTROSE, CA 91020** | | | **02/23/2011** **CONSULTING SERVICES** | | | X | **5,427.91** |
| Last four digits of ACCOUNT NO. _____ **GARY E. JUBBER, TRUSTEE C/O FABIAN & CLENDENIN 215 SOUTH STATE STREET, STE. 1200 SALT LAKE CITY,UT 84111-2323** | J | | **Setoff** **CLAIM FOR TURNOVER** | | | X | **0.00** |

Sheet no. 2 of 6 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | **16,018.13**

Total ➤ | $ |

(Use only on last page of the completed Schedule F.
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F)  - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | Petersen Law Firm, a Law Corporation | Case No.: | |
|-------|--------------------------------------|-----------|--|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. ___ <br> **GEORGE D.FRENCH** <br> **1825 NIMITZ DR.** <br> **DEPERE, WI 54301** | | J | **IOSTAR BANKRUPTCY** | | | X | 0.00 |
| Last four digits of ACCOUNT NO. ___ <br> **GREENWALD & HOFFMAN, LLP** <br> **1851 E. FIRST STREET, STE 860** <br> **SANTA ANA, CA 92705-4039** | | | **PROFESSIONAL SERVICES** | | | X | 4,939.49 |
| Last four digits of ACCOUNT NO. ___ <br> **JOHN LEHMAN & ASSOC** <br> **5 ROBIN COURT** <br> **PASO ROBLES, CA 93447** | | | **PROFESSIONAL LIABILITY INSURANCE** | | | X | 0.00 |
| Last four digits of ACCOUNT NO. ___ <br> **KELLIE M.DELANEY** <br> **C/O LAW OFFICES OF ERIC. D.MORTON** <br> **3156 VISTA WAY, STE. 200** <br> **OCEANSIDE, CA 92056** | | | **Setoff** <br> **INDEPENDENT CONTRACTOR SERVICES** | | | X | 4,596.00 |
| Last four digits of ACCOUNT NO. ___ <br> **KURT RESSLER C/O DAVID J. HARTER** <br> **13681 NEWPORT AVE., STE. 8-608** <br> **TUSTIN, CA 162426** | | J | **Setoff** <br> **RESSLER V. PETERSEN LAW FIRM, ET AL -** | | | X | 0.00 |

Sheet no. _3_ of _6_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|--|--|--|
| Subtotal ≻ | $ | 9,535.49 |
| Total ≻ | $ | |

(Use only on last page of the completed Schedule F.
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F)  - (Rev. 12/07)                                                      2007 USBC, Central District of California

| In re | Petersen Law Firm, a Law Corporation | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>MARTIN J. GREENBAUM, ESQ. GREENBAUM LAW GROUP LLP 840 NEWPORT CENTER DR. NEWPORT BEACH, CA 92660 | | | LAWSUIT - THE IRVINE COMPANY | | | | 0.00 |
| Last four digits of ACCOUNT NO.<br>RICHARD C. BUSCH 1458 OCEAN SHORE BLVD., #135 ORMOND BEACH, FL 32176 | | J | IOSTAR  BANKRUPTCY - PETITIONING CREDITOR | | | X | 0.00 |
| Last four digits of ACCOUNT NO.<br>RUSSELL J. THOMAS 4121 WESTERLY PLACE, STE. 101 NEWPORT BEACH, CA 92660 | | J | 01/24/2011                    Setoff<br>SUIT ARISING OUT OF I/C ARRANGEMENT | | | X | 129,632.00 |
| Last four digits of ACCOUNT NO.<br>SARNOFF COURT REPORTERS 20 CORPORATE PARK, SUITE 350 IRVINE, CA 92606 | | | COURT REPORTING SERVICES | | | X | 2,535.00 |
| Last four digits of ACCOUNT NO.<br>SEDGWICK, DETERT, MORAN & ARNOLD LL 135 MAIN ST., 14TH FL. SAN FFRANCISCO, CA  94105 | | | 12/01/2010<br>LEGAL SERVICES | | | X | 7,537.50 |

Sheet no.  4 of 6 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | Subtotal ➤ | $ | 139,704.50 |
|---|---|---|---|
| | Total ➤ | $ | |

(Use only on last page of the completed Schedule F.
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F)  - (Rev. 12/07)

2007 USBC, Central District of California

| In re    Petersen Law Firm, a Law Corporation | Case No.: | |
|---|---|---|
| Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> SMITH DICKSON <br> 18100 VON KARMAN AVE., STE. 420 <br> IRVINE, CA 92612 | X | | ACCOUNTING SERVICES | | | X | 22,393.61 |
| Last four digits of ACCOUNT NO.  3034 <br> SOUTHERN CALIFORNIA EDISON <br> PO BOX 300 <br> ROSEMEAD, CA 91772-0001 | | | 03/15/2011 | | | | 871.65 |
| Last four digits of ACCOUNT NO. <br> STEPHENEY R. WINDSOR <br> 3027 LUANA DR. <br> OCEANSIDE, CA 92056 | | | Setoff <br> CLAIM FOR INDEMNITY ARISING FROM LAWSUIT - CHRISTOPHER ELLIS V. JDTP <br> CASE #: 37-2010-00086284-CU-PN-CTL | | | X | 0.00 |
| Last four digits of ACCOUNT NO. <br> STEVEN W. DOUGHTERY <br> ANDERSON & KARENBERG <br> 50 W. BROADWAY, STE. 700 <br> SALT LAKE CITY, UT 84101 | X | J | IOSTAR BANKRUPTCY | | | X | 0.00 |
| Last four digits of ACCOUNT NO. <br> TERRENCE MAZURA and <br> GARY SHOFNER <br> MAZURA LAW FIRM <br> 414 W.4TH ST., 2ND FL <br> SANTA ANA, CA 92701 | | J | LAWSUIT - BREACH OF CONTRACT, ETC. | | | X | 0.00 |

Sheet no.  5 of 6 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | Subtotal ► | $ | 23,265.26 |
|---|---|---|---|
| | Total ► | $ | |

(Use only on last page of the completed Schedule F.
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

**Form B6F (Official Form 6F)  - (Rev. 12/07)**                                      **2007 USBC, Central District of California**

| In re | Petersen Law Firm, a Law Corporation | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _____ <br> **TIMEMACHINE NETWORK** <br> **PO BOX 861057** <br> **LOS ANGELES, CA 90086-1057** | | | | | | | 1,023.59 |
| Last four digits of ACCOUNT NO. _____ <br> **US LEGAL SUPPORT, NC** <br> **c/o SCOTT & GOLDMAN** <br> **590 W. CROSSVILLE RD., STE. 104** | | | **LITIGATION SUPPORT** | | | X | 4,563.11 |
| Last four digits of ACCOUNT NO. **94783** <br> **XO COMMUNICATIONS** <br> **8851 SANDY PKWY** <br> **SANDY, UT 84070** | | | 02/06/2011 | | | X | 2,679.68 |

Sheet no. _6_ of _6_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

|  | | |
|---|---|---|
| Subtotal ➤ | $ | 8,266.38 |
| Total ➤ | $ | 924,958.02 |

(Use only on last page of the completed Schedule F.
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B21 (Official Form 21) - (12/07)                                        2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re (set forth here all names including married, maiden, and trade names used by the debtor within last 8 years):<br><br>**Petersen Law Firm, a Law Corporation,** Debtor | FOR COURT USE ONLY |
| Address:<br>**3334 EAST COAST HIGHWAY, # 447**<br>**CORONA DEL MAR,CA 92625** | Case No.:<br><br>Chapter:    **11** |
| Last four digits of Social Security Number(s):<br><br><br>Employer Tax-Identification (EIN) No(s). *(if any):*<br>**0148-3062272** | **STATEMENT OF SOCIAL-SECURITY NUMBER(S) (OR OTHER INDIVIDUAL TAXPAYER-IDENTIFICATION NUMBER (ITIN))** |

1.    Name of Debtor (enter Last, First, Middle):  **Petersen Law Firm, a Law Corporation**

*(Check the appropriate box and, if applicable, provide the required information.)*

   ❑   Debtor has a Social-Security Number and it is:  _____ - _____ - _____
         *(if more than one, state all. )*

   ☑   Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is:
         **01483062272**_____.
         *(if more than one, state all. )*

   ❑   Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

2.    Name of Joint Debtor (enter Last, First, Middle): _____

*(Check the appropriate box and, if applicable, provide the required information.)*

   ❑   Joint Debtor has a Social-Security Number and it is:  _____ - _____ - _____
         (if more than one, state all. )

   ❑   Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it
         is: _____.
         *(if more than one, state all. )*

   ❑   Joint Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

**s/ Gregory G. Petersen**_____          **6/2/2011**_____

**Gregory G. Petersen**                                         Date
Signature of Debtor

**\*Joint debtors must provide information for both spouses.**
**Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C.**
**§§ 152 and 3571.**

## United States Bankruptcy Court

### Central District of California

In re:

Petersen Law Firm, a Law Corporation

Case No. _____

Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Gregory G. Petersen**, declare under penalty of perjury that I am the **President** of **Petersen Law Firm, a Law Corporation,** a **California** Corporation and that on **05/30/2011** the following resolution was duly adopted by the **Gregory G. Petersen** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Gregory G. Petersen**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Gregory G. Petersen**, **President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Gregory G. Petersen**, **President** of this Corporation, is authorized and directed to employ **Daniel I. Barness**, attorney and the law firm of **Barness & Barness LLP** to represent the Corporation in such bankruptcy case."

Executed on:  **6/2/2011** _____

Signed:    **s/ Gregory G. Petersen** _____
             **Gregory G. Petersen**

Verification of Creditor Mailing List - (Rev. 10/05)                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name       **Daniel I. Barness**
Address    **Barness & Barness LLP**
           **11377 W. Olympic Blvd., 2nd Floor**
           **Los Angeles, CA 90064**
Telephone  **(310) 235-2463**
☑ Attorney for Debtor(s)
☐ Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**Petersen Law Firm, a Law Corporation** | Case No.: |
| | Chapter:          **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____**6**_____ sheet(s) is complete, correct , and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   **6/2/2011**                              **s/ Gregory G. Petersen**
                                                   Gregory G. Petersen ,President

**/s Daniel I. Barness**
Daniel I. Barness, Attorney *(if applicable)*

| Party Name, Address, Telephone (CA State Bar No. if applicable) | FOR COURT USE ONLY |
|---|---|
| **Daniel I. Barness**<br>**Barness & Barness LLP**<br>**11377 W. Olympic Blvd., 2nd Floor**<br>**Los Angeles, CA 90064**<br><br>Phone: **(310) 235-2463**    Fax: **(310) 235-2496**<br>California State Bar Number: **104203**<br>*Attorney for* **Gregory G. Petersen, President** | |

<table>
<tr>
<td colspan="2" align="center"><b>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</b></td>
</tr>
<tr>
<td>n re:     <b>Petersen Law Firm, a Law Corporation</b><br><br><br><br><br>                                              Debtor.</td>
<td>CHAPTER:     <b>11</b><br><br>CASE NUMBER<br><br><br>(No Hearing Required)</td>
</tr>
</table>

### VENUE DISCLOSURE FORM
### FOR CORPORATIONS FILING CHAPTER 11
### (Required by General Order 97-02)

*Attach additional sheets as necessary and indicate so in each section*

1.   Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (from Form S0100, S0200, or S0300):

    **The Petersen Law Firm, a L:aw Corporation**
    **3100 Airway Ave., Ste. 109**
    **Costa Mesa, CA 92626-4604**

2.   Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

    **As Above**

3.   Disclose  the current business address(es) for all corporate officers:

    **Gregory G. Petersen**
    **3334 East Coast Highway, #447**
    **Corona Del Mar, CA**

4.   Disclose the current business address(es) where the Debtor's books and records are located:

    **334 East Coast Highway # 447**
    **Corona Del Mar, CA 92625**

Venue Disclosure Form for Corporations Filing Chapter 11 - Page Two (2)

| In re    **Petersen Law Firm, a Law Corporation** | CHAPTER: | **11** |
|---|---|---|
| Debtor. | CASE NO.: | |

5.  List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor 's most recent balance sheet:

    **1.  334 East Coast Hightway   # 447**
        **Corona Del Mar, CA 92625**

    **.2.  In storage - Door to Door**

6.  Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7.  State the name and address of the individual signing this Statement and the relationship of such person to the Debtor (specify):

    **Gregory G. Petersen**
    **3334 East Coast Highway, #447**
    **Corona Del Mar, CA**
    **President/Sole Shareholder**

8.  Total number of attached pages of supporting documentation: _____

9.  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the ___**1st**___ day of ___**June**_____ ,20 _**11**_____ ,at _**Newport Coast**_____ , California

**Gregory G. Petersen**_____      **s/ Gregory G. Petersen**_____

*Type Name of Officer*                                      *Signature of Declarant*

**President**_____

*Position or Title of Officer*